UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DE LOS SANTOS JACINTO, | No. 1:26-cv-03208-DJC-SCR |
| Petitioner, | |
| v. | ORDER |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus (Pet. (ECF No. 1)) seeking an order releasing Petitioner from custody.  Petitioner entered the country years prior to his present detention and has resided inside the United States for that time.  (*Id.* at ¶ 19.)  Prior to Petitioner's present detention, it does not appear that he had any contact with immigration officials.  In March 2026, Petitioner was transferred into ICE custody from local law enforcement custody.  (*Id.* ¶ 23; *see* ECF No. 6-1 at 2.) Petitioner remains in ICE custody without a bond hearing.

The Court's prior orders are largely dispositive on the issues raised in the Petition and Motion. *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP,

1

2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).[1]  For the reasons stated in those cases, Petitioner has established that he is entitled to relief.  As Petitioner has been present in the United States for years prior to his present detention, he is correct that he does not qualify as an "applicant for admission" and thus cannot be detained under 8 U.S.C. § 1225(b)(2).  *See Morillo*, 2025 WL 3707140, at *4.  Thus, Petitioner was entitled to the procedures and rights afforded under 8 U.S.C. § 1226(a), most notably, a bond hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

2. Within fourteen (14) days of this Order, Respondents shall afford Petitioner Samuel De Los Santos Jacinto a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.  If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

3. Respondents shall file a status report within five (5) days of Petitioner's bond hearing, confirming a bond hearing was conducted.

4. The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:  **May 5, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] The Court initially issued a minute order referencing cases that involve re-detention after prior release by ICE.  Based on the additional information available to the Court, it appears that the cases cited here are the ones applicable to this action.

2